# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24−cv−00934−MKV

Delgado et al v. The 3M Company et al  
Assigned to: Judge Mary Kay Vyskocil  
Case in other court:  State Court−Supreme, 161625/2023  
Cause: 28:1442 Notice of Removal − Suit against Federal Officer

Date Filed: 02/08/2024  
Date Terminated: 03/22/2024  
Jury Demand: Plaintiff  
Nature of Suit: 245 Tort Product Liability  
Jurisdiction: Federal Question

**Plaintiff**

**Sonja Delgado**

**Plaintiff**

**Gary Lachney**

**Plaintiff**

**The Estate of Donna Prucha**  
*by proposed administrator Robert Prucha*

**Plaintiff**

**Ronda Smith**

**Plaintiff**

**Brian Thompson**

**Plaintiff**

**Tim Tilley**

**Plaintiff**

**Bobby Wiggins**

**Plaintiff**

**Michael Winship**

V.

**Defendant**

**The 3M Company**  
*formerly known as*  
Minnesota Mining and Manufacturing Co.

**Defendant**

**AGC Chemicals Americas Inc.**

**Defendant**

**Amerex Corporation**

**Defendant**

**Arkema Inc.**

**Defendant**

**Archroma U.S. Inc.**

**Defendant**

**Buckeye Fire Equipment Company**

**Defendant**

**Chemdesign Products Inc.**

**Defendant**

**Chemguard Inc.**                                                 represented by  **Thomas J. Herten**
                                                                                   Archer & Greiner, P.C.
                                                                                   21 Main Street
                                                                                   Hackensack, NJ 07601
                                                                                   (201)–342–6000
                                                                                   Fax: (201)–342–6611
                                                                                   Email: therten@archerlaw.com
                                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Chemicals, Inc.**

**Defendant**

**Clariant Corporation**
*individually*

**Defendant**

**Clariant Corporation**
*as successor in interest to Sandoz Chemical Corporation*

**Defendant**

**Corteva, Inc.**
*individually*

**Defendant**

**Corteva, Inc.**
*as successor in interest to DuPont Chemical Solutions Enterprise*

**Defendant**

**DuPont De Nemours Inc.**
*individually*

**Defendant**

**DuPont De Nemours Inc.**
*as successor in interest to DuPont Chemical Solutions Enterprise*

**Defendant**

**Dynax Corporation**

**Defendant**

**E. I. DuPont De Nemours and Company**
*individually*

**Defendant**

**E. I. DuPont De Nemours and Company**
*as successor in interest to DuPont Chemical Solutions Enterprise*

**Defendant**

**Nation Ford Chemical Company**

**Defendant**

**The Chemours Company,**
*individually*

**Defendant**

**The Chemours Company,**
*as successor in interest to DuPont Chemical Solutions Enterprise*

**Defendant**

**The Chemours Company FC, LLC,**
*individually*

**Defendant**

**The Chemours Company FC, LLC,**
*as successor in interest to DuPont Chemical Solutions Enterprise*

**Defendant**

| | | |
|---|---|---|
| **Tyco Fire Products, LP**<br>*individually* | represented by | **Thomas J. Herten**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Tyco Fire Products, LP**  represented by **Thomas J. Herten**
*as successor in interest to The Ansul Company*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doe Defendants 1–20**
*fictitious names whose present identities are*
*unknown*

**Defendant**

**Deepwater Chemicals, Inc.**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/08/2024 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 161625/2023. (Filing Fee $ 405.00, Receipt Number ANYSDC−28921474).Document filed by Tyco Fire Products, LP(individually), Chemguard Inc., Tyco Fire Products, LP(as successor in interest to The Ansul Company). (Attachments: # 1 Exhibit A − NY State Court Complaint).(Herten, Thomas) (Entered: 02/08/2024) |
| 02/08/2024 | 2 | CIVIL COVER SHEET filed..(Herten, Thomas) (Entered: 02/08/2024) |
| 02/08/2024 | 3 | CERTIFICATE OF SERVICE of Notice of Removal and Civil Cover Sheet served on All Parties on 2/8/2024. Document filed by Chemguard Inc., Tyco Fire Products, LP(individually), Tyco Fire Products, LP(as successor in interest to The Ansul Company)..(Herten, Thomas) (Entered: 02/08/2024) |
| 02/09/2024 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Mary Kay Vyskocil. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 02/09/2024) |
| 02/09/2024 |  | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 02/09/2024) |
| 02/09/2024 |  | Case Designated ECF. (vf) (Entered: 02/09/2024) |
| 03/04/2024 | 4 | CERTIFIED TRUE COPY OF CONDITIONAL MDL No. 2873 CTO #176 TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. − S.D.N.Y to the United States District Court − District of South Carolina. (Signed by MDL Panel on 3/4/2024) (tro) (Entered: 03/22/2024) |
| 03/22/2024 |  | MDL TRANSFER OUT ELECTRONICALLY: to the United States District Court − District of South Carolina.(tro) (Entered: 03/22/2024) |