| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-06832-RMG | Taylor et al v. The 3M Company et al | Walton, Benjamin |
| 2:23-cv-06832-RMG | Taylor et al v. The 3M Company et al | Lopez, Lupe |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Billingsley, Stevon |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Brooks, Xavier |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Brown, Richard C |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Carroll, John |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Colyher Sr, Robert |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Diggs, Kevin |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Jordan, Kenneth P. |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Meadows, Rick |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Oakley, Sue |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Poisso, Bobby |
| 2:24-cv-00608-RMG | Dohrman, Duane, et al  v. 3M Company et. al. | Walton, Eva |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Bulter, Fredrick A. |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | DeLong, Kim |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Gage, Scott |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Laudati, Michael |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Mays, Raymond |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | McComb, William |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Miller, Michael |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | North, Albert |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Robert, Andrew |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Tamayo, Darrell |
| 2:24-cv-00609-RMG | Mitchell, George, et al  v. 3M Company et. al. | Wilson, Ralph |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Barnett, Karen |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Gardner, Lamont |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Glover, Carolyn |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Glover, Mitchell |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Green, Theodore |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Grenz, Reinherd |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Kane, Dennis |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Kindell, Robin |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Loomis III, Adrain |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Travis, Mack A. |
| 2:24-cv-00610-RMG | Kindell, Robin, et al  v. 3M Company et. al. | Yannoni, Steve |
| 2:24-cv-01369-RMG | Sonja F Delgado  v. 3M Company et. al. | Lachney, Gary P |
| 2:24-cv-01369-RMG | Sonja F Delgado  v. 3M Company et. al. | Tilley, Tim |
| 2:24-cv-01369-RMG | Sonja F Delgado  v. 3M Company et. al. | Wiggins, Bobby |
| 2:24-cv-01371-RMG | Robert Ogletree Et Al.  v. 3M Company et. al. | Ogletree, Robert |
| 2:24-cv-01371-RMG | Robert Ogletree Et Al.  v. 3M Company et. al. | Sanders, Maryanne |
| 2:24-cv-01371-RMG | Robert Ogletree Et Al.  v. 3M Company et. al. | Sparks, Gloria |
| 2:24-cv-01372-RMG | Robert Stice Et Al.  v. 3M Company et. al. | Twist, Ronald |

| | | |
|---|---|---|
| 2:24-cv-01372-RMG | Robert Stice Et Al.  v. 3M Company et. al. | Wallace, Greg |
| 2:24-cv-01372-RMG | Robert Stice Et Al.  v. 3M Company et. al. | Washington, Melvin |
| 2:24-cv-01373-RMG | Gregory Dodson Et Al.  v. 3M Company et. al. | Foland, Todd |
| 2:24-cv-01373-RMG | Gregory Dodson Et Al.  v. 3M Company et. al. | Freeman, Mary A |
| 2:24-cv-01373-RMG | Gregory Dodson Et Al.  v. 3M Company et. al. | Green, Roderick |
| 2:24-cv-01373-RMG | Gregory Dodson Et Al.  v. 3M Company et. al. | Harris, Roy |